# Order

Michigan Supreme Court
Lansing, Michigan

July 28, 2009

138949

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re BLAKE MICHAEL WILLIAMS, ANNA
JORDAN WILLIAMS, CLAUDELL RICKEY
SMITH, JR., and RICKEY CLAUDELL SMITH,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

LAURA JANE SMITH, f/k/a, LAURA JANE
HIATT,
          Respondent-Appellant,

and

CLAUDELL RICKEY SMITH, SR. and
MICHAEL E. WILLIAMS, JR.,
          Respondents.

SC: 138949
COA: 288028
Cass CC Family Division:
2006-000226-NA

_____/

On order of the Court, the application for leave to appeal the April 30, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2009



s0721

Clerk